## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

**IN THE MATTER OF:**

**CHAPTER 13 NO.  09-11617**

**JOEY CARROLL**
**KELLY CARROLL**                          **MOVANT/DEBTORS**

                 **versus**

**H&M ENTERPRISES**                    **RESPONDENT**


### ORDER

The Court having heard evidentiary proof on December 17, 2009 of Debtor's Motion for Sanctions Arising out of Violations of the Automatic Stay and of the Turnover Provisions of the Bankruptcy Code dated October 5, 2009 and Supplemental Motion for Sanctions Arising out of Violations of the Automatic Stay and of the Turnover Provisions of the Bankruptcy Code dated December 10, 2009 and the time for submission of evidence being closed,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1)      Creditor, H&M Enterprises, violated the stay in violation of Bankruptcy Code Sections 11USC § 362 and 11USC § 1301 by repossessing Debtors' swing set on September 18, 2009 after Debtors had filed their chapter 13 bankruptcy case on September 14, 2009.

2)      Debtors attorney has submitted proof by Affidavit of $1,800.00 in attorney fees incurred by them in pursuance of this action.  Creditor is hereby ordered to pay to Debtors' attorney $1,800.00 in attorney fees that Debtors have incurred in pursuance of this action.

3)      Creditor has not filed a Proof of Claim, and is hereby prevented from filing a proof of claim in this case.

4)      Debtor shall be allowed to retain the second swing set delivered to Debtor by Creditor, free of any lien by Creditor.

5)    Credit is ordered to pay Debtors $1,000.00 in punitive damages as the proof established that creditor knowingly violated the stay and caused damage to Debtors yard when violating the stay by repossessing the swing set.


Joan A. Lloyd
United States Bankruptcy Judge

Dated:  January 11, 2010

TENDERED BY:


/s/John Rogers
John Rogers
Attorney for Debtors
111 West Wayne Street
Glasgow, Kentucky 42141
(270) 651-7777


F:\LAW\BANKRUPTCY\Carroll, Joey & Kelly\Amended Order for Sanctions #2.wpd